UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOWARD E. MOSELY, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01857-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was directed to file an amended complaint on or before October 27, 2023. ECF 3. That date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. Due to plaintiff's failure to comply with a court order and failure to prosecute, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: December 1, 2023

_____
TRINA L. THOMPSON
United States District Judge